IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

TOM J. FRYE,                     )
                                 )
            Plaintiff,           )        4:08CV3114
                                 )
        v.                       )
                                 )
YMCA CAMP KITAKI and RUSS        )              ORDER
KOOS, Program Director,          )
                                 )
            Defendants.          )
_____)

          This matter is before the court on its own motion.
Plaintiff Tom J. Frye filed his complaint on May 20, 2008 (Case
No. 4:08CV3114, Filing No. 1.)  Plaintiff's complaint alleges
that defendants are in contempt for violating a permanent
injunction issued by this Court on October 5, 1998 (Case No.
4:98CV3105, Filing No. 25.)  Because plaintiff's complaint
relates back to case number 4:98CV3105, the clerk of the court is
directed to file a copy of the complaint (Case No. 4:08CV3114,
Filing No. 1.) in this matter as a motion for contempt in case
number 4:98CV3105.

          IT IS ORDERED that the clerk of the court is directed
to file a copy of the complaint (Case No. 4:08CV3114, Filing No.
1) in this matter as a motion for contempt in case number
4:98CV3105.

          DATED this 29th day of July, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court