IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOM J. FRYE,                    )
                                )
          Plaintiff,            )      4:08CV3114
                                )
     v.                         )
                                )
YMCA CAMP KITAKI and RUSS       )      ORDER
KOOS, Program Director,         )
                                )
          Defendants.           )
_____)
```

This matter is before the court on initial review. On May 20, 2008, plaintiff Tom J. Frye filed his complaint (Case No. 4:08CV3114, Filing No. 1.) Plaintiff's complaint alleges that defendants are in contempt for violating a permanent injunction issued by this court on October 5, 1998 (Case No. 4:98CV3105, Filing No. 25.)

Because plaintiff's complaint relates back to case number 4:98CV3105, the Court directed the clerk of the court to file a copy of this complaint (Case No. 4:08CV3114, Filing No. 1) as a motion for contempt in case number 4:98CV3105. Pending the outcome of plaintiff's motion for contempt (Case No. 4:98CV3105, Filing No. 31), the Court will take no further action in this matter.

IT IS ORDERED:

1) Pending the outcome of plaintiff's motion for contempt in case number 4:98CV3105 (case no. 4:98CV3105, [Filing No. 31](#)), the Court will take no further action in this matter.

2) The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: October 1, 2008: Check on status of motion for contempt in Case No. 4:98CV3105.

DATED this 14th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court