IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOM J. FRYE, ) | | |
| ) | | |
| Plaintiff, ) | | 4:98CV3105 |
| ) | | |
| v. ) | | |
| ) | | |
| YOUNG MEN'S CHRISTIAN ) | | |
| ASSOCIATION of Lincoln, ) | | |
| Nebraska, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| TOM J. FRYE, ) | | |
| ) | | |
| Plaintiff, ) | | 4:08CV3114 |
| ) | | |
| v. ) | | |
| ) | | |
| YMCA CAMP KITAKI and RUSS ) | | ORDER |
| KOOS, Program Director, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

       This matter is before the Court after plaintiff filed a notice of appeal in 4:08CV3114.  Plaintiff's complaint was treated as a motion for contempt and was directed to be filed in 4:98CV3105, a case previously filed by plaintiff involving the same issues.

       On July 20, 2009, a memorandum opinion, together with an order and judgment (Filing Nos. 81 and 82) were filed, wherein plaintiff's motion for contempt was denied in 4:98CV3105.  On August 10, 2009, a memorandum opinion, together with an order and judgment (Filing Nos. 8 and 9), were entered in 4:08CV3114,

dismissing this action because plaintiff did not prevail on the motion for contempt.

On August 19, 2009, plaintiff filed a notice of appeal in 4:08CV3114. Not realizing there were two separate cases, plaintiff intended to appeal the denial of the motion for contempt in 4:98CV3105. Accordingly,

IT IS ORDERED that the notice of appeal filed in 4:98CV3105 is deemed timely filed, and no additional filing fee is necessary.

DATED this 8th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court